# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nader Eshaghian, | No. CV-25-04141-PHX-DWL (ESW) |
| Petitioner, | **ORDER** |
| v. | |
| Chris Howard, et al., | |
| Respondents. | |

The Court has reviewed the parties' status report regarding their meet-and-confer efforts (Doc. 17) and is pleased to hear that the parties were able to work productively together to resolve the discovery-related disputes.

Accordingly,

**IT IS ORDERED** that Petitioner's motion for limited discovery (Doc. 4) is **denied as moot**.

Dated this 19th day of November, 2025.

Dominic W. Lanza
United States District Judge